■ PATRICIA WEHR, Plaintiff, v NEW YORK TELEPHONE COMPANY et al., Defendants, SIBEN & SIBEN, L.L.P., Appellant, and STEVEN S. KORMAN et al., Respondents. [651 NYS2d 917] —In a negligence action to recover damages for personal injuries, Siben & Siben, L.L.P., appeals from an order of the Supreme Court, Nassau County (Schmidt, J.), dated November 28, 1995, which, after a hearing, fixed the amount of its attorneys' fees at $9,000.

Ordered that the order is affirmed, with costs.

Under the circumstances, we find no basis in the record to disturb the Supreme Court's award of counsel fees (*see, Chernofsky & DeNoyelles v Waldman*, 212 AD2d 566). Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.